AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>3.8873508 ETHER (ETH) STORED IN OR ACCESSIBLE AT COINBASE ASSOCIATED WITH THE LAW ENFORCEMENT SEIZURE WALLET OWNED AND OPERATED BY THE HAMPTON, NH POLICE DEPARTMENT | )<br>)<br>)   Case No.  1:25-mj-206-01-AJ<br>)<br>)<br>) |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of _____ New Hampshire _____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

3.8873508 ETHER (ETH) STORED IN OR ACCESSIBLE AT COINBASE ASSOCIATED WITH THE LAW ENFORCEMENT SEIZURE WALLET OWNED AND OPERATED BY THE HAMPTON, NH POLICE DEPARTMENT

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before _____ 10/06/2025 _____
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to
_____ Hon. Andrea K. Johnstone _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days (not to exceed 30)   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   **1:32 PM, Sep 22, 2025**   _____/s/ Andrea K. Johnstone_____
*Judge's signature*

City and state:   Concord, New Hampshire   Hon. Andrea K. Johnstone, U.S. Magistrate Judge
*Printed name and title*

AO 109 (Rev. 11/13)  Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return |||
|---|---|---|
| Case No.:<br>1:25-mj- 206 - 01 - AJ | Date and time warrant executed:<br>9/23/2025  12:45pm | Copy of warrant and inventory left with:<br>emailed to Detective<br>Derek Bo~~VT~~ Brown, Hampton PD |
| Inventory made in the presence of: N/A<br>Emailed warrant to Detective Brown, Hampton, PD |||
| Inventory of the property taken: N/A<br>This seizure warrant was emailed to Hampton, NH Police Department Detective Derek Brown, dbrown@hamptonpd.com<br><br>Nothing further VBT |||

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/23/25

*Virginia Beth Toulouse*
Executing officer's signature

Virginia Benda Toulouse
Printed name and title
FBI Special Agent